# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**944**

**CA 14-00391**

PRESENT: SCUDDER, P.J., CENTRA, CARNI, LINDLEY, AND WHALEN, JJ.

---

RICHARD W. BARBER, AS EXECUTOR OF THE ESTATE OF
RICHARD A. BARBER, DECEASED, PLAINTIFF-RESPONDENT,

V                                                          ORDER

ACCO BRANDS CORPORATION, ET AL., DEFENDANTS,
AND G.H. MINER CO., INC., DEFENDANT-APPELLANT.

---

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, NEW YORK CITY (JUDY C. SELMECI OF COUNSEL), FOR DEFENDANT-APPELLANT.

BELLUCK & FOX, LLP, NEW YORK CITY (SETH A. DYMOND OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Onondaga County (Charles C. Merrell, J.), entered January 14, 2014. The order denied the motion of defendant G.H. Miner Co., Inc. for summary judgment dismissing all causes of action against it.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on July 17, 2014,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  October 3, 2014                    Frances E. Cafarell
                                             Clerk of the Court